1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10

11   LINDA ANN SANDKNOP,              )    Civil No. 04cv2323-L(NLS)
                                      )
12                      Plaintiff,    )
                                      )    **ORDER**
13   v.                               )
                                      )    **(1)  GRANTING PLAINTIFF'S *EX***
14   COUNTY OF SAN DIEGO              )    **PARTE* APPLICATION FOR**
     CALIFORNIA; DEPUTY SHERIFF OF    )    **EXTENSION OF TIME TO**
15   THE COUNTY OF SAN DIEGO, CA.     )    **RESPOND TO DEFENDANT SAN**
     NAME UNKNOWN; OFFICER SKUBA,     )    **DIEGO COUNTY'S MOTION FOR**
16   POLICE DEPARTMENT OF CITY OF     )    **SUMMARY JUDGMENT; AND**
     ESCONDIDO FIRST NAME             )
17   UNKNOWN,                         )    **(2)  DENYING WITHOUT**
                                      )    **PREJUDICE DEFENDANT SAN**
18                      Defendants.   )    **DIEGO COUNTY'S MOTION FOR**
                                      )    **SUMMARY JUDGMENT**
19   ─────────────────────────────    )

20

21

22        Plaintiff Linda Ann Sandknop filed an *Ex Parte* application seeking an extension of time

23   to file an opposition to Defendant County of San Diego's ("County") summary judgment

24   motion.  The County opposes Plaintiff's *Ex Parte* Application.  For the reasons which follow,

25   Plaintiff's *Ex Parte* Application is **GRANTED**.

26        Plaintiff has been proceeding *pro se* for most of the pendency of the instant action, and is

27   in poor health.  On September 11, 2006, the County filed a summary judgment motion, which

28   was set for a hearing on October 10, 2006.  One week before the hearing date, the County filed

                                                                              04cv2323

an amended declaration of Demelza Aquisap in support of its motion.  Plaintiff has not filed an opposition, and twice sought to file a request for an extension of time due to her poor health and hospitalization.  The court rejected both filings because they were not accompanied by a proof of service.  On October 27, 2006, in light of Plaintiff's unsuccessful filings and the County's amended declaration, the Court issued the Order (1) Providing Notice to Plaintiff Regarding Summary Judgment; and (2) Setting Briefing Schedule.  The briefing schedule extended the due date for Plaintiff's opposition to November 17, 2006.  Shortly before the due date, Plaintiff was able to secure legal representation with the assistance of the San Diego Volunteer Lawyer Program.  She maintains her new counsel needs time to familiarize herself with the case and conduct discovery necessary to oppose the County's pending summary judgment motion.

The County argues Plaintiff failed to show good cause because an extension of time had already been granted.  The court disagrees.

In the interests of justice and for good cause shown, it is hereby **ORDERED** as follows:

1. Plaintiff's *Ex Parte* Application is **GRANTED**.

2. Defendant County of San Diego's motion for summary judgment is **DENIED WITHOUT PREJUDICE** to refiling.

3. The parties are referred to Magistrate Judge Nita L. Stormes for a new case management conference to set pre-trial dates.

DATED:  November 28, 2006

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

04cv2323