UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ANN SANDKNOP,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; *et al.*,<br><br>        Defendants. | Civil No. 04cv2323-L(NLS)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE [docket no. 92]** |

On May 22, 2007, Plaintiff and Defendants County of San Diego, San Diego County Sheriff Department and Stephen Skuba, the only Defendants who appeared in this action, filed a Stipulation of Dismissal for dismissal of the action with prejudice, with each party bearing his, her or its own attorney's fees and costs.

Pursuant to Federal Rule of Civil Procedure 41(a), this action is hereby **DISMISSED WITH PREJUDICE**. Each party is to bear his, her or its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: May 23, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE
ALL PARTIES/COUNSEL